1  Linde Blocher, Bar No. 330239
   liblocher@littler.com
2  Danielle K. Herring (Pro Hac Vice)
   dherring@littler.com
3  Steven J. Silver
   ssilver@littler.com (Pro Hac Vice)
4  LITTLER MENDELSON, P.C.
   18565 Jamboree Road
5  Suite 800
   Irvine, California  92612
6  Telephone:   949.705.3000
   Fax No.:     949.724.1201
7
   Attorneys for Defendants
8  MAXIM HEALTHCARE SERVICES
   HOLDINGS, INC. AND MAXIM
9  HEALTHCARE SERVICES HOLDINGS, INC.
   INCENTIVE INVESTMENT PLAN
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                    SOUTHERN DIVISION

14

15  GRANT FROMAN,                    Case No. 8:24-cv-00786-DOC-ADSx

16              Plaintiff,           **ORDER GRANTING
                                     PROPOSED STIPULATED**
17       v.                          **PROTECTIVE ORDER**

18  MAXIM HEALTHCARE SERVICES
    HOLDINGS, INC.; MAXIM
19  HEALTHCARE SERVICES
    HOLDINGS, INC. INCENTIVE
20  INVESTMENT PLAN; AND DOES 1
    THROUGH 20,
21
                Defendants.
22

23

24

25

26

27

28

LITTLER
MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

4884-1865-5470.1 / 118457-1028

ORDER GRANTING THE MAXIM
DEFENDANTS' MOTION TO DISMISS
8:24-CV-00786-DOC

1

2
### ORDER

3
        For good cause shown and pursuant to the stipulation of the Parties, it is hereby

4
ordered that the Stipulated Protective Order become the order of this Court.

5

6
**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

7
Dated:_____10/11/2024_____            _____/s/ Autumn D. Spaeth_____

8
                                      HONORABLE AUTUMN D. SPAETH
                                      United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER
MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4884-1865-5470.1 / 118457-1028

2

ORDER GRANTING THE MAXIM
DEFENDANTS' MOTION TO DISMISS
8:24-CV-00786-DOC